■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT McGILL, Also Known as JASON COWAN, Appellant, v. ROBERTS J. WRIGHT, as Commissioner of the Westchester County Department of Correction, et al., Respondents.—

Motion by appellant *pro se* to relieve assigned counsel and for assignment of new (named) counsel on his appeal from a judgment of the Supreme Court, Westchester County, dated February 25, 1970. Motion denied. (See *People ex rel. McGill* v. *Wright,* 34 A D 2d 1106.) Rabin, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.